UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.  2:20-cv-02601-AFM                          Date:   February 18, 2021

Title     Orlando Garcia v. MTY Franchising USA, Inc. et al


Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|  Ilene Bernal  |  N/A  |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings (In Chambers):**

        Pursuant to the Joint Stipulation for Dismissal (ECF No. 37), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

        IT IS SO ORDERED.


|  :  |
| --- |
| **Initials of Preparer**  ib |